UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIMITRI PATTERSON,**

    **Plaintiff,**

v.                                                   **Case No: 6:18-cv-950-Orl-41GJK**

**ORLANDO-ORANGE COUNTY, MIAMI-DADE COUNTY, HILTON WORLDWIDE HOLDINGS, INC., CORNITA RILEY, JEANETTE BIGNEY, ALFREDO ZAMORA and OSCAR RODRIGUEZ-FONTS,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant Alfredo Zamora's Motion to Dismiss Complaint with Prejudice (Doc. 92). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 119), recommending that the Motion be granted and the case be dismissed with prejudice as to Zamora.

Plaintiff filed an untimely Objection, asserting, without explanation, that the Report and Recommendation is contrary to law. (Obj., Doc. 122, at 1). After a *de novo* review, the Court agrees with the analysis set forth in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 119) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Alfredo Zamora's Motion to Dismiss Complaint with Prejudice (Doc. 92) is **GRANTED**.

3. The Amended Complaint (Doc. 83) is **DISMISSED with prejudice** as to Defendant Alfredo Zamora.

**DONE** and **ORDERED** in Orlando, Florida on April 9, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party