UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIMITRI PATTERSON,**

   **Plaintiff,**

v.                **Case No: 6:18-cv-950-Orl-41GJK**

**ORLANDO-ORANGE COUNTY,
MIAMI-DADE COUNTY, HILTON
WORLDWIDE HOLDINGS, INC.,
CORNITA RILEY and ALFREDO
ZAMORA,**

   **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Miami-Dade County's Motion to Dismiss (Doc. 91). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 121), recommending that the Motion be granted and the case be dismissed with prejudice as to Miami-Dade County.

Plaintiff filed an Objection, asserting, without explanation, that the Report and Recommendation is contrary to law. (Obj., Doc. 122, at 1). After a *de novo* review, the Court agrees with the analysis set forth in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 121) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Miami-Dade County's Motion to Dismiss (Doc. 91) is **GRANTED**.

3. The Amended Complaint (Doc. 83) is **DISMISSED with prejudice** as to Miami-Dade County.

4. The Clerk is directed to terminate Miami-Dade County as a defendant in this matter and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on April 23, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party