UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIMITRI PATTERSON,**

**Plaintiff,**

**v.**                                                                    **Case No:  6:18-cv-950-Orl-41GJK**

**ORLANDO-ORANGE COUNTY,**
**HILTON WORLDWIDE HOLDINGS,**
**INC. and CORNITA RILEY,**

**Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Defendant Hilton Worldwide Holdings, Inc.'s Motion to Dismiss ("Motion," Doc. 95). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 126), recommending that the Motion be granted and the case be dismissed with prejudice as to Hilton Worldwide Holdings, Inc.

Plaintiff filed an Objection, asserting, without explanation, that the Report and Recommendation is contrary to law. (Obj., Doc. 129, at 1). After a *de novo* review, the Court agrees with the analysis set forth in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 126) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Hilton Worldwide Holdings, Inc.'s Motion to Dismiss (Doc. 95) is **GRANTED**.

3. The Amended Complaint (Doc. 83) is **DISMISSED with prejudice** as to Defendant Hilton Worldwide Holdings, Inc.

4. The Clerk is directed to terminate Hilton Worldwide Holdings, Inc. as a defendant in this matter and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party