UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIMITRI PATTERSON,**

      **Plaintiff,**

**v.**                                            **Case No: 6:18-cv-950-Orl-41GJK**

**ORLANDO-ORANGE COUNTY and
CORNITA RILEY,**

      **Defendants.**

**ORDER**

THIS CAUSE is before the Court on Defendant Cornita Riley's Motion to Dismiss (Doc. 94). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 131), recommending that the Motion be granted and the case be dismissed with prejudice as to Riley.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 131) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Cornita Riley's Motion to Dismiss (Doc. 94) is **GRANTED**.

3. The Amended Complaint (Doc. 83) is **DISMISSED with prejudice** as to Defendant Cornita Riley.

4. The Clerk is directed to terminate Cornita Riley as a defendant in this matter and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on May 17, 2019.



Copies furnished to:

Counsel of Record
Unrepresented Party